UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and
all others similarly situated,

                              Plaintiff,

Civil Action No:
1:22-cv-3480

  -v.-
ARABIAN OUD, LLC

                             Defendants.
---------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 25, 2023

| **For Plaintiff Marta Hanyzkiewicz** | **For Defendant Arabian Oud, LLC** |
|---|---|
| *s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | *s/Adlai Jonathan Jacob Small*<br>Adlai Jonathan Jacob Small<br>Spiro Harrison<br>830 Morris Turnpike<br>Short Hills, NJ 07078<br>Ph: 973-232-0881<br>asmall@spiroharrison.com |

## CERTIFICATE OF SERVICE

I certify that on July 25, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*